DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Olga L Claros, | Case No. 1:23-cv-01029-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from December 18, 2023 to January 17, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs

being due on the same week. For the weeks of December 18 and December 25, 2023 Counsel has six merit brief due.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: December 11, 2023     PENA & BROMBERG, ATTORNEYS AT LAW


                            By: */s/ Dolly M. Trompeter*
                                DOLLY M. TROMPETER
                                Attorneys for Plaintiff


Dated: December 11, 2023     PHILLIP A. TALBERT
                                United States Attorney
                                MATTHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation, Office 7


                            By:  **/s/ Oscar Gonzalez de Llano*
                                Oscar Gonzalez de Llano
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                (*As authorized by email on December 11, 2023)

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

   Dated:   **December 11, 2023**                     **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE