**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLGA L. CLAROS,<br><br>        Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:23-cv-01029-GSA<br><br>EXTENSION OF DEFENDANT'S MSJ RESPONSE DEADLINE |

    As stipulated, the MSJ response is due 3/18/24.

IT IS SO ORDERED.

Dated: __**February 14, 2024**__          __**/s/ Gary S. Austin**__
                                                       UNITED STATES MAGISTRATE JUDGE