# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA L. CLAROS, | 1:23-cv-01029-GSA |
| Plaintiff, | **ORDER OF REMAND AND DIRECTING ENTRY OF JUDGMENT** |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

As stipulated (Doc. 24), this case is **remanded** to the Commissioner for further proceedings per 42 U.S.C. 405(g) sentence four. On remand, the Commissioner will develop the record as necessary; reconsider all relevant issues; offer the claimant an opportunity for a new hearing; and issue a new decision.

Judgment is **directed** for Plaintiff.

IT IS SO ORDERED.

Dated:   **March 8, 2024**                    /s/ Gary S. Austin
                                              UNITED STATES MAGISTRATE JUDGE